IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Bridget Jones, Andrew Jones, Kimberly Jones, Zachary Jones, Kristi Fleming and Kelly Fairchild,<br><br>Defendants. | Civil Action No. 4:19-cv-3446<br><br>**ORDER AUTHORIZING DEPOSIT OF INTERPLEADER FUNDS** |

This matter is before the Court on Plaintiff-in-Interpleader Metropolitan Life Insurance Company's Motion for Permission to Deposit Interpleader Funds. ECF No. 44. The Motion requests permission to present a check in the amount of $101,627.73, plus accrued interest, payable to the Clerk of this Court as a deposit into the Court's Registry. These funds constitute Group Universal Life Insurance benefits, plus accrued interest, payable by the reason of the death of Frederick N. Jones under a life insurance policy issued by MetLife.

The Court finds that the proper payee(s) of these funds is in dispute, that Defendants Bridget Jones and Zachary Jones consent to deposit of these funds, and that their deposit into the registry of the Court is appropriate. Therefore, for good cause shown, the Motion is hereby GRANTED.

IT IS ORDERED that the Clerk of this Court accept MetLife's check and receive the funds at issue into the registry of this Court. Funds received pursuant to this Order meet the Internal Revenue Service definition of a "Disputed Ownership Fund" (DOF), *see* 28 U.S.C. § 1335; 26 C.F.R. § 1.468B-9, and must be deposited into the CRIS DOF administered by the Administrative

Office of the United States Courts, which will be responsible for meeting all DOF tax requirements. The ultimate disposition of these funds will be determined by Order of this Court in the above-styled action.

SO ORDERED, this 1st day of April, 2020.

                               s/Sherri A. Lydon
                               SHERRI A. LYDON
                               UNITED STATES DISTRICT JUDGE

Order presented by:

                          WOMBLE BOND DICKINSON (US) LLP

                          S/ *John C. Hawk IV*
                          John C. Hawk IV, Fed. Bar. No. 9853
                          P.O. BOX 999 [5 Exchange St., 29401]
                          Charleston, SC  29402-0999
                          Main: (843) 722-3400; Fax.: 843-723-7398

                          *Attorneys for Metropolitan Life Insurance Company*