IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Metropolitan Life Insurance Company, | Civil Action No. 4:19-cv-3446 |
| Plaintiff, | |
| v. | |
| Bridget Jones, Andrew Jones, Kimberly Jones, Zachary Jones, Kristi Fleming and Kelly Fairchild, | **CONSENT ORDER** |
| Defendants. | |

The Court having considered Plaintiff Metropolitan Life Insurance Company's Consent

Motion for Discharge, Injunctive Relief, and Dismissal with Prejudice, and finding good cause

and that all Defendants consent to entry of this Consent Order, hereby GRANTS the motion.

Accordingly, IT IS ORDERED as follows:

(1) Defendants Bridget Jones, Andrew Jones, Kimberly Jones, Zachary Jones, Kristi

Fleming, and Kelly Fairchild are hereby permanently restrained and enjoined from instituting

any action or proceeding in any State or United States court or any administrative agency against

Metropolitan Life Insurance Company for recovery of the Group Universal Life benefits and any

applicable interest, payable under Group Policy No. 34275-G ("the Group Policy") and the Plan,

by reason of the death of the Frederick N. Jones;

(2) Plaintiff Metropolitan Life Insurance Company has fully complied with its legal and

contractual obligations to Defendants and Metropolitan Life Insurance Company is hereby

forever discharged from any and all liability in connection with the payment of Group Universal

Life benefits under the Group Policy and the Plan, by reason of the death of the Frederick N.

Jones; and

(3) Metropolitan Life Insurance Company is hereby dismissed with prejudice from this action.

SO ORDERED this ___27th___ day of June, 2020.

s/Sherri A. Lydon

SHERRI A. LYDON
UNITED STATES DISTRICT JUDGE

Consented to by:

*s/ John C. Hawk IV*
John C. Hawk IV, Fed. Bar. No. 9853
Womble Bond Dickinson, (US) LLP
P.O. Box 999 [5 Exchange St., 29401]
Charleston, SC  29402-0999
Main: (843) 722-3400
Fax: 843-723-7398
john.hawk@wbd-us.com

*s/ Rene Stuhr Dukes*
Rene Stuhr Dukes, Fed. Bar No. 78215
Rosen Rosen and Hagood
P.O, Box 893
Charleston, SC 29402
843-577-6726
rdukes@rosenhagood.com

*s/ Ian A. Taylor*
Ian A. Taylor, Fed. Bar No. 12798
Morris Law LLC
811 6th Avenue South
Surfside Beach, SC 29575
Main: 843-232-0944
Fax: 843-353-2440
ian@jeffmorrislawfirm.com

*s/ Luther O. McCutcheon, III*
Luther O. McCutchen, III, Fed. Bar No. 5841
McCutchen Mumford Vaught and
   Geddie, P.A.
4610 Oleander Drive
Suite 203
Myrtle Beach, SC 29577
Main: 843-449-3411
Fax: 843-449-2317
lom@lawyersatthebeach.com